# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   4:11-CR-27-2F |
| | ) | |
| TRAVIS BYNUM | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| | |
|---|---|
| Place:  US COURTHOUSE ANNEX<br>215 S. EVANS STREET<br>GREENVILLE, NC | Courtroom No.:   FIRST FLOOR |
| | Date and Time:  3/30/11 10:00 am |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:        03/24/2011

_____
*Judge's signature*

DAVID W. DANIEL, US MAGISTRATE JUDGE
*Printed name and title*