AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATE DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

UNITED STATES OF AMERICA

VS.

TRAVIS DEVON BYNUM

WARRANT FOR ARREST

CRIMINAL CASE: 4:11-CR-27-2F(4)

RECEIVED MAR 18 2011 U.S. Marshals Services, EDNC

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

_____ and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ Indictment _____ Superseding Indictment _____ Criminal Information __ Complaint

____ Order of Court: ___ Violation Notice ___ Probation Violation Petition charging him/her with violation of ___ United States Code, Section:

Count 1 - Conspiracy to interfere with commerce by robbery - 18 U.S.C. § 1951
Count 2 - Interference with commerce by robbery; Aiding and abetting - 18 U.S.C. § 1951 & 2

**FILED**

MAR 29 2011

DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Dennis P. Iavarone
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

[signature]
Signature of Issuing Officer by Deputy Clerk

March 17, 2011 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
|---|---|---|
| DATE OF ARREST 03-24-2011 | Tim Graden ATF | By Karen U. Thomas USMS, E/NC |

Case 4:11-cr-00027-F   Document 28   Filed 03/29/11   Page 1 of 1